UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jewell B. Lacina,

      Plaintiff,                              Civil No. 06-872 (RHK/ AJB)

vs.                                     **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company, L.L.C., f/k/a
Pfizer, Inc.,

      Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 1, 2006

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge